IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORRAINE MARIE SWIERK | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-6041 |
| | : | |
| THE TJX COMPAINES, INC. and | : | |
| MARMAXX OPERATIN CORP., | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 4th day of August, 2016, upon consideration of Defendants' "Motion for Summary Judgment" (Doc. No. 42) and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED.**

It is further **ORDERED** that **JUDGMENT** is entered in favor of Defendants. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**